A. P. GILBERT AND W. R. KUKER v. J. H. HOWARD AND
A. LYON ET AL.

(Filed 7 April, 1909.)

In this case no error was found on appeal, and the rights of the parties were determined in a former appeal (147 N. C., 314).

APPEAL by defendants from *Jones, J.,* at October Term, 1908, of DURHAM.

*Fuller & Reade, Aycock & Winston* and *Bryant & Brogden* for plaintiffs.
*Bramham & Brawley* for defendants.

SUPPLY CO. *v.* DOWD.

PER CURIAM: We agree with counsel for appellant that the matter involved "is largely a question of construction and interpretation of the written agreement" between the parties.

We further agree with counsel for appellees that "When this case came before the Court (147 N. C., 314) before, the contract sued on was interpreted" and the rights of the parties to it were determined.

The matters presented·on this appeal are entirely of fact, and in the trial we find

No Error.